# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0232
_____

TEGAN ELAINE PARKER, Former
Wife,

    Appellant,

    v.

ROBERT WESLEY PARKER,
Former Husband,

    Appellee.

_____

On appeal from the Circuit Court for Levy County.
Craig C. DeThomasis, Judge.

February 5, 2026

PER CURIAM.

    AFFIRMED.

BILBREY, KELSEY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lauren A. McCord and Kevin D. Jurecko of Scruggs, Carmichael & Wershow, P.A., Gainesville, for Appellant.

Robert Wesley Parker, pro se, Appellee.